**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Kevin Schnitzler

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN SCHNITZLER,** | Case No.:  3:20-cv-01444-H-MDD |
| Plaintiff, | **DECLARATION OF MONA AMINI OBJECTING TO DISMISSAL OF ACTION** |
| vs. | |
| **MANASSEH JORDAN MINISTRIES, INC.; MJ MINISTRIES SPREADING THE GOSPEL, INC.; AND YAKIM MANASSEH JORDAN A.K.A. PROPHET MANASSEH JORDAN,** | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

**DECLARATION OF MONA AMINI**

I, MONA AMINI, declare and state as follows:

I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm Kazerouni Law Group, APC, attorneys of record for Plaintiff KEVIN SCHNITZLER ("Plaintiff") in the aforementioned matter. The information stated herein is stated to my own knowledge, except for those stated based on information and belief. If called upon to testify, I could and would competently testify as follows:

1. This declaration is submitted in response to the Court's Order Setting Deadline for Service of the Complaint upon Defendants in this action (ECF No. 7) and in support of Plaintiff's request that the Court not dismiss this action at this time and grant Plaintiff additional time to successfully perform service in this action.

2. Plaintiff has made multiple efforts to have Defendants served with notice of this action, however, none have been successful yet.

3. Specifically, Plaintiff attempted to have Defendants Manasseh Jordan Ministries and MJ Ministries Spreading the Gospel, Inc. served at the addresses of their registered agents in Texas and Georgia and searched for alternate addresses to have Defendant Yakim Manasseh Jordan personally served in Florida and New York. However, the service attempts at these various addresses were unsuccessful.

4. In addition, Plaintiff mailed Notices of Lawsuit and Waivers of Service to the corporate Defendants' addresses and sent copies of the same via email to the email addresses provided on Defendants' websites. However, the mailed documents were returned as undeliverable and there was no response via email.

5. Also, Plaintiff reached out to attorneys who represented Defendants in past lawsuits, however, none continued to represent Defendants and were not able to accept service on Defendants' behalf. Plaintiff mailed Notices of Lawsuit

and Waivers of Service to attorneys representing Defendants in an action that was recently pending in Texas District Court (*Cunningham v. Manasseh Jordan Ministries, et al.*, No. 4:19-cv-00494 (E.D. Tex.); however, the attorneys responded that they no longer represent Defendants and were not authorized to accept service on Defendants' behalf.

6. Plaintiff believes that the ongoing COVID-19 pandemic may have affected Plaintiff being able to serve Defendants and Plaintiff is continuing to search for alternative addresses and intends to continue to attempt service upon Defendants if the Court allows this action to continue.

7. Plaintiff believes that Defendants continue to operate and violate the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. ("TCPA") as similar actions for violations of the TCPA have recently been filed in other jurisdictions against Defendants such as *Brown v. The Prophet Manasseh Jordan Ministries,* No. 1:21-cv-05624 (S.D.N.Y.) filed on June 29, 2021.

8. Since the Court's Order Setting Deadline for Service of the Complaint, Plaintiff has made additional efforts to serve Defendants. Specifically, Plaintiff's counsel has served two (2) additional Notices of Lawsuit and Requests for Waiver of Service.

9. On July 13, 2021, Plaintiff's counsel served a Notice of Lawsuit and Request for Waiver of Service to counsel representing Defendant MJ Ministries Spreading the Gospel, Inc. in an action currently pending in the Washtenaw Circuit Court entitled *Dobronski v. Yakim Manasseh Jordan, et al*, Case no. No. 19-000301-CZ (the "Dobronski Action"). Plaintiff's counsel followed up with the attorney for MJ Ministries Spreading the Gospel, Inc. in the Dobronski Action, however, on August 11, 2021, the attorney indicated he and his firm were representing MJ Ministries Spreading the Gospel, Inc. in a single lawsuit and not authorized to accept service of process on its behalf.

DECLARATION OF MONA AMINI OBJECTING TO DISMISSAL OF ACTION

10. On July 13, 2021, Plaintiff's counsel also served a Notice of Lawsuit and Request for Waiver of Service by Certified Mail upon Frank P. Juliano, the Chief Executive Officer of Defendant Manasseh Jordan Ministries, Inc. who was also served in the Dobronski Action. Plaintiff's counsel was able to confirm that the Notice of Lawsuit and Request for Waiver of Service and attached documents were successfully delivered to the address, but Plaintiff has not received any response yet as of the date of this declaration.

11. Plaintiff respectfully requests that the Court allow Plaintiff additional time to attempt to successfully effectuate service of Defendants and not dismiss this action at this time as dismissal would result in prejudice to Plaintiff. Plaintiff has incurred over $1,210.00, including filing fees and process server costs, and mailing costs thus far in this action and would need to incur additional filing fees if forced to refile this case.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed this 12th day of August 2021 in Costa Mesa, California.

                                   */s/ Mona Amini*
                                   MONA AMINI, ESQ.
                                   ATTORNEY FOR PLAINTIFF

DECLARATION OF MONA AMINI OBJECTING TO DISMISSAL OF ACTION

1

## CERTIFICATE OF SERVICE

2

3

4

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626.  On August 12, 2021 I served the herein described document(s):

5

6

**DECLARATION OF MONA AMINI OBJECTING TO DISMISSAL OF ACTION**

7

8

9

10

☒      CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.   The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

11

12

13

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.   Executed on August 12, 2021 at Costa Mesa, California.

14

15

/s/ Mona Amini

MONA AMINI, ESQ

16

17

18

19

20

21

22

23

24

25

26

27

28