**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SCHNITZLER,<br><br>        Plaintiff,<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC.; MJ MINISTRIES SPREADING THE GOSPEL, INC.; and YAKIM MANASSEH JORDAN,<br><br>        Defendants. | Case No.: 20-cv-01444-H-MDD<br><br>**ORDER EXTENDING DEADLINE FOR SERVICE OF COMPLAINT** |

  On July 27, 2020, Plaintiff Kevin Schnitzler filed a complaint against Defendants Manasseh Jordan Ministries, Inc., MJ Ministries Spreading the Gospel, Inc., and Yakim Manasseh Jordan (collectively, "Defendants"). (Doc. No. 1.) On July 13, 2021, the Court ordered Plaintiff to serve Defendants with the complaint within thirty (30) days. (Doc. No. 7.) On August 17, 2021, the Court granted Plaintiff an additional thirty (30) days to serve Defendants. (Doc. No. 9.) On November 8, 2021, the Court held a hearing for dismissal for failure to serve pursuant to Local Rule 4.1(b). Mona Amini appeared on behalf of Plaintiff and requested additional time to serve Defendants. The Court grants Plaintiff an

additional sixty (60) days to serve Defendants. If Plaintiff does not file a proof of service by **February 12, 2022**, the Court reserves the right to dismiss the action.

     **IT IS SO ORDERED.**

DATED: December 14, 2021

                                                    MARILYN L. HUFF, District Judge
                                                    UNITED STATES DISTRICT COURT