# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SCHNITZLER,<br><br>Plaintiff,<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC.; MJ MINISTRIES SPREADING THE GOSPEL, INC.; and YAKIM MANASSEH JORDAN,<br><br>Defendants. | Case No.: 20-cv-01444-H-MDD<br><br>**ORDER EXTENDING DEADLINE FOR SERVICE OF COMPLAINT** |

On July 27, 2020, Plaintiff Kevin Schnitzler filed a complaint against Defendants Manasseh Jordan Ministries, Inc., MJ Ministries Spreading the Gospel, Inc., and Yakim Manasseh Jordan (collectively, "Defendants"). (Doc. No. 1.) The Court granted Plaintiff three extensions of time to serve Defendants. (Doc. Nos. 7, 9, 12.) On February 2, 2022, Plaintiff filed an ex parte motion for an order to authorize service by publication, and an extension of time to serve Defendants. (Doc. No. 13.) On August 4, 2022, the Court denied Plaintiff's request to serve Defendants by publication and granted Plaintiff a thirty-day extension of time to serve Defendants. (Doc. No. 14.) On September 6, 2022, Plaintiff's

1

counsel filed a declaration requesting additional time to serve Defendants. (Doc. No. 15.) The Court grants Plaintiff an additional thirty (30) days to serve Defendants. If Plaintiff does not file a proof of service by **October 9, 2022**, the Court reserves the right to dismiss the action.

**IT IS SO ORDERED.**

DATED: September 9, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT